DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**SONIA FIDDLER,**
Appellant,

v.

**THE BANK OF NEW YORK MELLON** f/k/a **THE BANK OF NEW YORK,**
As Trustee For The Certificate Holders of The CWABS, Inc., Asset-Backed
Certificates, Series 2006-13,
Appellee.

No. 4D22-1693

[February 9, 2023]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Andrea Gundersen, Judge, and Christopher Pole, Senior Judge; L.T. Case No. 16-14544 CACE (11).

Sonia Fiddler, Margate, pro se.

Joseph G. Paggi III of Deluca Law Group, PLLC, Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., WARNER and CIKLIN, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***